GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.:        (212) 637-2717
john.gura@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

              Plaintiff and
              Judgment-Creditor,

              -v.-

JEREMY CARMAN,

              Defendant and
              Judgment-Debtor,

              and

RITZ HOTEL SERVICES

              Garnishee.

------------------------------------ x

PART I
WRIT OF GARNISHMENT

98 CR 0564-02 (DAB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020

GREETINGS TO:   Ritz Hotel Services
                     179 Lafayette Street
                     Paterson, NJ 07501

      An application for a Writ of Garnishment against the property of defendant

Jeremy Carman, (the "debtor"), whose last known address is 1 East Court Street, East

Rockaway, NY 11518, has been filed with this Court. On May 23, 2000, a judgment arising out

of an order of restitution was entered against the debtor in the amount of $250,000.00. The balance due on the judgment as of February 11, 2020, is $233,795.50.

You are required by law to withhold and retain any property in which the debtor has a substantial nonexempt interest and for which you have or may become indebted to the debtor pending further order of the Court. You are required by law to file a written answer, under oath, within ten (10) days of service of this writ stating whether or not you have in your custody, control or possession, any property owned by the debtor, including nonexempt, disposable earnings. Please state whether or not you anticipate making any future payments to the debtor and whether such payments will likely be weekly, bi-weekly or monthly.

You must file the original answer to this writ with the Clerk of the United States District Court, Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007, Attn: Arraignment Unit Room 520. Additionally, you are required to serve a copy of the answer upon the debtor Jeremy Carman, at 1 East Court Street, East Rockaway, NY 11518, and upon Assistant United States Attorney John E. Gura, Jr., United States Attorney's Office, 86 Chambers Street, New York, New York 10007.

There may be property which is exempt by law from this writ of garnishment. Property which is exempt and which is not subject to this writ is listed on the annexed Notice from the Clerk of the United States District Court.

Pursuant to 15 U.S.C. § 1674, as Garnishee, you are prohibited from discharging the debtor from employment by reason of the fact that the debtor's earnings have been subject to garnishment.

If you fail to answer this writ or withhold property in accordance therewith, the United States of America may petition the Court for an order directing you to appear before the court to show good cause why you failed to comply with this writ. If you fail to appear or do

appear and fail to show good cause why you failed to comply with the writ, the court shall enter a judgment against you for the value of the debtor's nonexempt interest in the property.

It is unlawful to pay or deliver to the debtor any items attached by this writ.

Dated: New York, New York

February 13, 2020

So Ordered:

_____
UNITED STATES DISTRICT JUDGE